IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MANSFIELD NORTH CENTRAL OHIO TEA PARTY, et al., | ) | CASE NO.   1:11-CV-677 |
| | ) | |
| | ) | JUDGE GAUGHAN |
| Plaintiffs, | ) | |
| | ) | |
| | ) | MAGISTRATE JUDGE BAUGHMAN |
| vs. | ) | |
| | ) | |
| BOARD OF EDUCATION OF THE MANSFIELD CITY SCHOOL DISTRICT, et al., | ) | **STIPULATED SETTLEMENT AND DISMISSAL ENTRY** |
| | ) | |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
3/23/12

Now come the parties to this matter, by and through their counsel, and hereby stipulate that the above-captioned matter has been settled.  An entry dismissing this matter, with prejudice, may be entered accordingly.

Respectfully submitted,

/s/ *Peter T. Zawadski* (per e-mail auth.,3/8/12)
SCOTT C. PETERS (#0059408)
PETER T. ZAWADSKI (#0083655)
BRITTON, SMITH, PETERS
& KALAIL CO., L.P.A.
3 Summit Park Drive, Suite 400
Cleveland, Ohio 44131
Telephone: (216) 503-5055
Facsimile:  (216) 503-5065
Email:  speters@ohioedlaw.com
Email:  pzawadski@ohioedlaw.com

*Attorneys for Defendants Mansfield City School Board of Education and Daniel W. Freund*

1